UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　V.<br><br>BREON TYREE BRUNSON,<br>NICKIE HEILDELBURG NIXON,<br><br>　　　　　　　Defendants. | Case No.: '22 MJ0071<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition |

　　　The undersigned complainant being duly sworn states:

### COUNT ONE

　　　On or about August 1, 2021, within the Southern District of California, defendants BREON TYREE BRUNSON and NICKIE HEILDELBURG NIXON, each knowing his/her status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: Seven (7) 9mm bullets; in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//
//
//
//
//

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Kari S. Harrison
FBI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of January 2022.

_____
HON. MICHAEL S. BERG
United States Magistrate Judge

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

2

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 1, 2021, San Diego Police Department (SDPD) officers were on duty near 4100 Menlo Avenue, City of San Diego, in the Southern District of California. The officers observed a gray Hyundai SUV make a sudden right turn into a driveway with a "No Parking Sign" in violation of 22107 VC - unsafe turn and 22500 VC – Parking in a Private Driveway. Officers initiated a traffic stop.

As the officers approached the vehicle both the driver and front passenger began to exit, they were told to stay in the vehicle, and they complied while leaving the vehicle doors open. The driver of the vehicle was identified as BREON TYREE BRUNSON aka Madman, the front passenger was identified as NICKIE HEIDELBERG NIXON aka Bolo and the back seat passenger was identified as Gregory Lee Thomas aka Greedy. A records check found BRUNSON did not have a valid driver's license. BRUNSON stated the vehicle belonged to him and he had recently purchased it. A records check found Thomas had a valid 4th waiver and Thomas provided the same. All three occupants were known to the officers as being associated with the street gang Skyline Piru, and all having prior arrests related to firearms. All three occupants were removed from the vehicle. Officers began a search of the vehicle and as one of the officers came around to the front passenger side of the vehicle, they observed a black handgun on the left side of the front passengers' seats leaning against the center console. The black handgun was unserialized and had a loaded magazine. There were seven 9 mm rounds of ammunition in the magazine and the magazine was fully seated in the handgun. The loaded handgun was within arm's reach of BRUSON, NIXON, and Thomas.

A records check revealed that BRUNSON, NIXON, and Thomas had prior convictions of Cal. Penal Code 29800(a)(1) – Felon in Possession of a Firearm.

BRUNSON, NIXON, and Thomas were taken to SDPD Headquarters where they agreed to be interviewed. All three denied knowledge of the firearm and ammunition. BRUNSON stated his DNA would not be found on the firearm.

3

The handgun and magazine were submitted to the San Diego Police Department Crime Laboratory for examination. No latent prints were developed; however, DNA swabs were taken from the handgun and magazine. DNA swab analysis results from the handgun found very strong support for inclusion from BRUSON (22%) and NIXON (16%) and excluded Thomas. A second DNA swab from another surface of the handgun found very strong support for inclusion from BRUSON (28%) and NIXON (17%) and excluded Thomas. A DNA swab from the surface of the magazine found very strong support for inclusion from BRUSON (41%) and NIXON (21%) and excluded Thomas.

A records check on BRUNSON revealed that he had the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 03/14/2021 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 10/13/2020 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 02/10/2020 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 09/18/2019 | California Superior Court – San Diego | 11377(A) HS-Possess controlled substance | Misdemeanor, 90 days jail |
| 09/06/2019 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 08/14/2019 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 06/17/2019 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 06/07/2019 | California Superior Court – San Diego | 11377(A) HS-Possess controlled substance | Misdemeanor, 3 years probation, 20 days jail |

| 04/13/2019 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
|---|---|---|---|
| 1/10/2019 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 12/27/2018 | California Superior Court – San Diego | 11377(A) HS-Possess controlled substance | Misdemeanor, 3 years probation, 30 days jail |
| 12/19/2018 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 12/13/2018 | California Superior Court – San Diego | 11377(A) HS-Possess controlled substance | Misdemeanor, 3 years probation, fine |
| 11/11/2018 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 10/26/2018 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 09/29/2018 | California Superior Court – San Diego | 3454 PC-PRCS Flash Incarceration Probation Violation | 10 days jail |
| 10/03/2018 | California Superior Court – San Diego | 11377(A) HS-Possess controlled substance; 148.9(A) PC-False ID to Specific Peace Officers | Misdemeanors, 3 years Probation, 30 days jail, fine; 3 years probation concurrent |
| 03/08/2018 | California Superior Court – San Diego | 530.5(A) PC-Get Credit/ETC: Use Other's ID | 16 months Prison |
| 02/07/2018 | California Superior Court – San Diego | 530.5(A) PC-Get Credit/ETC: Use Other's ID | 16 months Prison, Condition of Probation Firearms Restriction and searchable probation |
| 07/14/2011 | California Superior Court – San Diego | Violation of Parole | To finish term |

5

| 01/08/2011 | California Superior Court – San Diego | Violation of Parole – Felony | To finish term |
| --- | --- | --- | --- |
| 02/05/2009 | California Superior Court – San Diego | 273.5(A) PC Inflcit Corporal Injury Spouse/Cohab | 3 years Prison |
| 07/11/2006 | California Superior Court – San Diego | 11377(A) HS-Possess controlled substance | 32 months Prison |
| 08/09/2004 | California Superior Court – San Diego | 422 PC Threaten Crime with Intent to Terrorize | 3 years Prison |

A records check on NIXON revealed that he had the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
| --- | --- | --- | --- |
| 06/27/94 | U.S. Federal court | Bank Robbery, Use of Firearm in commission of Felony. | 183 months (15.25 years) in prison. |

Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

//
//
//
//
//
//
//
//
//
//